IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLISON WATERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 1:16-cv-01243-RWS |
| MEMORIAL DRIVE | ) |
| ASSOCIATES, L.P. | ) |
| | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Allison Waters and Defendant Memorial Drive Associates, L.P., by and through the undersigned attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice, without an award of fees or costs to either party. All defendants to this action having been dismissed, Plaintiff further requests that the Court direct the Clerk to close the instant matter in its entirety.

Dated: July 29, 2016.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney for Plaintiff*
Georgia Bar No. 242240
Ehrlich & Schapiro, LLC

2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/William J. Piercy
William J. Piercy
Georgia Bar No. 579627
Berman, Fink, Van Horn, P.C.
3475 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel: (404) 693-8399
Fax: (404) 233-1943
WPiercy@bfvlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 29, 2016 I filed the within and foregoing Stipulation for Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy to be delivered to the following individuals via electronic mail:

William J. Piercy, Esq.
Berman, Fink, Van Horn, P.C.
*Attorney for Memorial Drive Associates, L.P.*
3475 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel: (404) 693-8399
Fax: (404) 233-1943
WPiercy@bfvlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been

3

prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

        Respectfully submitted,

        /s/Craig J. Ehrlich
        Craig J. Ehrlich